```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

WENZEL WOCHOS                                          PLAINTIFF

    V.                CIVIL NO. 08-6070

DARRELL SMITH                                          DEFENDANT

## **ORDER**

Now on this 11th day of September 2008, there comes on for consideration the report and recommendation filed herein on August 29, 2008, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 16). Plaintiff filed written objections to the report and recommendation (Doc. 19).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's motion for an Emergency Order (Doc. 2) and the supplement thereto is DENIED.

IT IS SO ORDERED.

                                        /S/ Robert T. Dawson
                                        Honorable Robert T. Dawson
                                        United States District Judge