```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

WENZEL WOCHOS                                              PLAINTIFF

V.                      CASE NO. 08CV6070

DARRELL SMITH                                              DEFENDANT

## O R D E R

On this 9th day of December 2010, there comes on for consideration the above-styled cause. More than ninety (90) days have passed since this Court received notice of Plaintiff's death, and no motion has been made for substitution of a party plaintiff. Accordingly, pursuant to Rule 25(a) of the Federal Rules of Civil Procedure this action must be DISMISSED.

IT IS SO ORDERED.

                           /s/ Robert T. Dawson
                           Honorable Robert T. Dawson
                           United States District Judge

**AO72A**
**(Rev. 8/82)**